# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ELI BUTLER, JR,

    Petitioner,

v.                                                CASE NO. 4:12-cv-00448-MP-CAS

STATE OF FLORIDA,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Report and Recommendation of the Magistrate Judge, recommending that this § 2254 petitoin be dismissed as untimely and successive. The time for filing objections has passed, and none have been filed. Instead, plaintiff filed a motion to voluntarily dismiss the petition, Doc. 9. Upon consideration, it is hereby

**ORDERED AND ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

2. The § 2254 petition for writ of habeas corpus, Doc. 1, is summarily dismissed, a certificate of appealability is denied, and leave to appeal in forma pauperis is denied.

**DONE AND ORDERED** this _16th_ day of January, 2013

                                                *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge